FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  AM 10: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERNARD MERRICKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1180** |
| **JO ANNE BARNHART**<br>**COMMISSIONER OF SOCIAL SECURITY** | **SECTION "B" (3)** |

### O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's failure to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's motion for summary judgment is GRANTED and that the plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

\_\_\_ Fee _____
\_\_\_ Process _____
_X_ Dktd _____
_√_ CtRmDep _____
\_\_\_ Doc. No _____